■ In the Matter of GREER WOODYCREST CHILDREN'S SERVICES, Appellant, v ANDREA S. FOUNTAIN, as Assessor of the Town of Unionville, et al., Respondents.—In a proceeding pursuant to CPLR article 78 to review a determination of the respondents, dated July 11, 1985, which ordered that the petitioner's parcel of real estate be placed on the tax rolls, the appeal is from a judgment of the Supreme Court, Dutchess County (Beisner, J.), dated September 2, 1986, which dismissed the proceeding, and from a resettled amended judgment of the same court, dated November 7, 1986.

Ordered that the appeal from the judgment is dismissed, as it was superseded by the resettled amended judgment; and it is further,

Ordered that the resettled amended judgment is affirmed; and it is further,

Ordered that the respondents are awarded one bill of costs.

The petitioner's real property, which was being used as a retirement community for the "middle-income" elderly, was

not entitled to a tax exemption under Real Property Tax Law § 420-a *(see, Matter of Presbyterian Residence Center Corp. v Wagner,* 66 AD2d 998, *affd* 48 NY2d 885). Thompson, J. P., Weinstein, Rubin and Harwood, JJ., concur.